[This opinion has been published in *Ohio Official Reports* at 178 Ohio St.3d 1219.]

DISCIPLINARY COUNSEL *v*. GAUL.

[Cite as *Disciplinary Counsel v. Gaul*, 2025-Ohio-28.]

(No. 2022-1515—Submitted December 30, 2024—Decided January 8, 2025.)

ON APPLICATION FOR REINSTATEMENT.

————————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Daniel Gaul, Attorney Registration No. 0009721, last known business address in Cleveland, Ohio.

{¶ 2} The court coming now to consider its order of December 29, 2023, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of one year, finds that respondent has complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the State of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier case, see *Disciplinary Counsel v. Gaul*, 2023-Ohio-4751.

KENNEDY, C.J., and FISCHER, DEWINE, BRUNNER, DETERS, HAWKINS, and SHANAHAN, JJ., concur.

————————————